CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 27 2006

JOHN F. CORCORAN, CLERK
BY: /s/ S. Deuyton
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREELY BALL,<br>    Petitioner, | Civil Action No. 7:06cv00632 |
| v. | **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA<br>DEPT. OF CORRECTIONS<br>DIRECTOR, et al.,<br>    Respondents. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the Ball's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** without prejudice and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the petitioner and counsel for the respondent.

ENTER: This 26th day of October, 2006.

/s/ Samuel G. Wilson
United States District Judge